UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 09-333 PSG(JC) | Date | May 5, 2009 |
|---|---|---|---|
| Title | Christian Santivanez Felix v. K. Harrington | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE FIRST AMENDED PETITION

On March 17, 2009, petitioner Christian Santivanez Felix ("petitioner"), a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). On March 24, 2009, this court advised petitioner of a material deficiency in the Petition and afforded petitioner an opportunity to file a First Amended Petition by April 14, 2009, if he wished to pursue this action and could cure such deficiency. The court further expressly advised petitioner that his failure timely to respond to the court's order and to file a First Amended Petition would subject the Petition and this action to dismissal based upon the material deficiency in the Petition and/or upon petitioner's failure to prosecute. Although petitioner's deadline to respond to the court's order and to file a First Amended Petition has now expired, petitioner has failed to file a First Amended Petition or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **May 19, 2009**, why the Petition should not be dismissed based upon the material deficiency therein and why this action should not be dismissed based upon petitioner's failure to comply with the court's order and/or upon petitioner's failure to prosecute.

**Petitioner is cautioned that the failure to comply with this order and/or to show good cause, will result in a recommendation to dismiss the Petition based upon the material deficiency therein, and/or to dismiss this action based upon petitioner's failure to comply with the court's orders and/or petitioner's failure to prosecute.**

IT IS SO ORDERED.

| | Initials of Deputy Clerk | KC |
|---|---|---|