UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SANTIVANEZ FELIX,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON,<br><br>　　　　　　Respondent. | Case No. CV 09-333 PSG(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: __July 8, 2009

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE